UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JIMY J. PERALTA

                          Plaintiff,                  **ORDER**

v.

                                                    24-CV-02760 (PMH)

DOCTOR KHOURI,

                          Defendants.
---------------------------------------------------------X

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on April 10, 2024. (Doc. 1). Defendant's request for permission to move to dismiss Plaintiff's Complaint was granted on August 1, 2024 and the Court entered a briefing schedule. (Doc. 16). On September 9, 2024, Defendant filed her motion to dismiss. (Doc. 18). Plaintiff's opposition was due by October 7, 2024. To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until January 16, 2025. Defendant's reply, if any, is due January 30, 2025.

      **If Plaintiff fails to file his opposition by January 16, 2025, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

                                            **SO ORDERED:**

Dated:   White Plains, New York
           December 17, 2024

                                            PHILIP M. HALPERN
                                            United States District Judge