UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JIMY J. PERALTA,

                                Plaintiff,

v.

DOCTOR KHOURI, et al.,

                                Defendants.
-----------------------------------------------------------X

**ORDER**

24-CV-02760 (PMH)

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on April 10, 2024. (Doc. 1). Defendant Khouri's request for permission to move to dismiss Plaintiff's Amended Complaint was granted on February 14, 2025, and the Court entered a briefing schedule. (Doc. 32). On March 14, 2025, Defendant Khouri filed a motion to dismiss the Amended Complaint. (Doc. 38). Plaintiff's opposition was due by April 16, 2025. To date, Plaintiff has not filed an opposition to Defendant Khouri's motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose Defendant Khouri's motion to dismiss until June 2, 2025. Defendant Khouri's reply, if any, is due June 16, 2025.

      **If plaintiff fails to file his opposition by June 2, 2025, Defendant Khouri's motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

                                                    **SO ORDERED:**

Dated:  White Plains, New York
           May 1, 2025

                                                    _____
                                                    PHILIP M. HALPERN
                                                    United States District Judge