UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JIMY J. PERALTA,

                              Plaintiff,

v.

DOCTOR KHOURI, et al.,

                              Defendants.
---------------------------------------------------------X

**ORDER**

24-CV-02760 (PMH)

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on April 10, 2024. (Doc. 1). On January 17, 2025, Plaintiff filed an Amended Complaint, adding, among other things, Sergeant Joseph El Manakhly s/h/a El Moackly as a Defendant. (Doc. 26). Defendant Manakhly's request for permission to move to dismiss Plaintiff's Amended Complaint was granted on April 15, 2025, and the Court entered a briefing schedule. (Doc. 44). On May 15, 2025, Defendant Manakhly filed a motion to dismiss the Amended Complaint. (Doc. 48). Plaintiff's opposition was due by June 16, 2025. To date, Plaintiff has not filed an opposition to the motion to dismiss or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose Defendant Manakhly's motion to dismiss until July 28, 2025. Defendant Manakhly's reply, if any, is due August 11, 2025.

      **<u>If plaintiff fails to file his opposition by July 28, 2025, Defendant Manakhly's motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.</u>**

      The Clerk is respectfully instructed to mail a copy of this Order to plaintiff at the address on the docket.

                                              **SO ORDERED:**

Dated:  White Plains, New York
           June 27, 2025

                                          PHILIP M. HALPERN
                                          United States District Judge